■ In the Matter of RAMON VENTURA, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, et al., Respondents. [886 NYS2d 64]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered February 5, 2009) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

■ In the Matter of LUIS RIVERA, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, et al., Respondents. [885 NYS2d 688]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered February 27, 2009) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.